ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Tel: 702.474.4222 / Fax: 702.474.1320
robert@draskovich.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:22-mj-00074-NJK |
|---|---|
| Plaintiff, | **Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (Fourth Request)** |
| v. | |
| PAUL VALENTINE CWALINA, II, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Robert M. Draskovich, counsel for Defendant Paul Valentine Cwalina, II, Jason Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, counsel for the United States of America, that the Court schedule the preliminary hearing in this case for no earlier than forty-five (45) days from the date of this Stipulation. Specifically, the parties request that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest. *See* 18 U.S.C. § 3161(b).

/ / /

This stipulation is entered into for the following reasons:

1. Federal Rule of Criminal Procedure Rule 5.1(d) provides that, "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits [for preliminary hearings] one or more times."

2. Negotiations are ongoing and the parties intend to pursue a potential resolution of this matter before defendant is formally charged by indictment.

3. This continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case and the parties to pursue a potential resolution.

4. Defendant has no opposition to the request for continuance.

5. This is the fourth request by the parties for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 8th day of September, 2022.

Respectfully submitted,

THE DRASKOVICH LAW GROUP

/s/ Jean N. Ripley
JEAN N. RIPLEY
Assistant United States Attorney
*Counsel for the United States*

/s/ Robert M. Draskovich
ROBERT M. DRASKOVICH, ESQ.
*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL VALENTINE CWALINA, II,<br><br>        Defendant. | Case No.: 2:22-mj-00074-NJK<br><br>**FINDINGS AND ORDER** |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties have requested to continue the preliminary hearing in the above-captioned case to facilitate pre-indictment resolution.

2. Both Counsel for Defendant and Counsel for the Government agree to the continuance.

3. Defendant has no opposition to the request for continuance.

4. The continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case and the parties to pursue a potential resolution.

5. For the foregoing reasons, there is good cause to continue the preliminary hearing and allow the parties to pursue a pre-indictment resolution of this case. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

1  THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the
2  above-captioned matter for defendant Paul Valentine Cwalina, II, previously scheduled for
3  September 14, 2022, at 4:00 p.m., be vacated and continued to November 1, 2022, at
4  4:00 p.m., in Courtroom 3C.

DATED: September 9, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE